UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR4426-AJB |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL |
| JORGE MAZARIEGOS-DOMINGUEZ, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to Defendant Jorge Mazariegos-Dominguez. All pending hearing dates are vacated as to this defendant.

IT IS SO ORDERED.

DATED: November 17, 2011

_____
Hon. Anthony J. Battaglia
U.S. District Judge